# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Christina Belk, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00900-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2024 Order.

July 8, 2024

Katherine Hord Simon, Clerk
United States District Court